UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS D. KRAEMER,

                  Plaintiff,

-against-

JOHN DOE 1 THROUGH JOHN DOE 1630, ET AL.,

                  Defendants.

26 CIVIL 04436 (LTS)

## **CIVIL JUDGMENT**

For the reasons stated in the May 28, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

        SO ORDERED.

Dated:    June 2, 2026

        New York, New York

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                    Chief United States District Judge